United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 11-21358-ref
Andrew E Haverkamp                                                  Chapter 12
Holly L Haverkamp
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR              Page 1 of 2           Date Rcvd: Jul 28, 2016
                            Form ID: 3180F           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2016.
db/jdb         #+Andrew E Haverkamp,    Holly L Haverkamp,    8245 Holbens Valley Road,
                 New Tripoli, PA 18066-3350
smg             +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,   Eighth and Washington Streets,    Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
12436619        +Adams Supply,    373 Vaunholm road,   Mc Veytown, PA 17051-7001
12436620        +Austin, Boland, Connor & Giorgi,   PO Box 8521,    44 North 6th Street,   Reading, PA 19601-3523
12468535        +Cargill Animal Nutrition,    Bernard A. Yannetti, Jr., Esq.,    126 Baltimore Street,
                 Gettysburg, PA 17325-2347
12436621        +Cargill Animal Nutrition,    512 West King Street,    Shippensburg, PA 17257-1616
12436622        +E & G Acres,    1750 Paradise Street,   Watsontown, PA 17777-8223
12492904        +Eckroth Equipment Company,    Eckroth Bros Farm Equipment Inc.,    1814 Chestnut Street,
                 New Ringgold, PA 17960-9242
12436623         Eckroth Equipment Company,    4910 Kernsville Road,   Orefield, PA 18069-2318
12436624        +Fisher & Thompson, Inc.,    100 Newport Road,   Leola, PA 17540-1822
12436625        +Frank C Moll VMD,    163 Stephens Road,   Orwigsburg, PA 17961-9128
12436626         John J Defassio, CPA,    1400 Main Street,   Bath, PA 18014-9199
12436627         Metropolitan Edison,    PO Box 3687,   Akron, OH 44309-3687
12483761        +Metropolitan Edison Company, a FirstEnergy Company,    331 Newman Springs Road,   Building 3,
                 Red Bank, NJ 07701-5688
12562771        +Northwestern Lehigh School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
12436628         Northwestern Lehigh School District,    6493 Pennsylvania 309,    New Tripoli, PA 18066
12436629         Portnoff Law Associates, LTD,    PO Box 3020,   Norristown, PA 19404-3020
12436630        +Richard Bleiler,    5289 Ross Valley Road,   New Tripoli, PA 18066-3412
12436631        +Russell Jarrard Electric,    446 Black Bear Drive,   Catawissa, PA 17820-8010
12436632        +Stephen Burkholder,    374 Rossman Road,   Tyrone, PA 16686-6612
12459292       #+Susquehanna Bank,    c/o ROBERT W. PONTZ,   Hartman Underhill & Brubaker LLP,
                 221 East Chestnut Street,    Lancaster, PA 17602-2782
12436633        +Susquehanna Bank,    1570 Manheim Pike,   Lancaster, PA 17601-3038
12436639        +Triple M Farms,    1525 King Street,   Lebanon, PA 17042-8383
12436640         True Neighbor of N Middl,    PO Box 30035,   Tampa, FL 33630-3035
12436641        +United States Department of Agriculture,    1238 County Welfare Road, suite 240,
                 Leesport, PA 19533-9710
12436642        +Willow Creek Animal Hospital,    5707 Leesport Avenue,    Reading, PA 19605-9799
12550382        +Willow Creek Animal Hospital,    c/o Joseph L. Haines, Esquire,    44 North Sixth Street,
                 P.O. Box 8521,    Reading, PA 19603-8521
12549817        +Willow Creek Veterinary Center,    c/o Joseph L. Haines, Esq.,    Austin, Boland, Connor & Giorgi,
                 44 North Sixth Street,    P O Box 8521,   Reading, PA 19603-8521
12466361        +Willow Creek Veterinary Center,    c/o Joseph L. Haines, Esquire,    44 North Sixth Street,
                 P.O. Box 8521,    Reading, PA 19603-8521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: robertsl2@dnb.com Jul 29 2016 01:37:58      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 29 2016 01:37:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 29 2016 01:38:02      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12436634*       +Susquehanna Bank,    1570 Manheim Pike,   Lancaster, PA 17601-3038
12436635*       +Susquehanna Bank,    1570 Manheim Pike,   Lancaster, PA 17601-3038
12436636*       +Susquehanna Bank,    1570 Manheim Pike,   Lancaster, PA 17601-3038
12436637*       +Susquehanna Bank,    1570 Manheim Pike,   Lancaster, PA 17601-3038
12436638*       +Susquehanna Bank,    1570 Manheim Pike,   Lancaster, PA 17601-3038
                                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-4          User: SaraR                Page 2 of 2               Date Rcvd: Jul 28, 2016
                              Form ID: 3180F             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   United States of America, acting through the Farm
               Service Agency, United States Department of Agriculture agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BARRY A. SOLODKY    on behalf of Creditor   Susquehanna Bank bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;dpeiffer@n-hlaw.com;jsimmerok@n-hlaw.com
              BARRY A. SOLODKY    on behalf of Debtor Andrew E Haverkamp bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;dpeiffer@n-hlaw.com;jsimmerok@n-hlaw.com
              BARRY A. SOLODKY    on behalf of Attorney Barry A Solodky bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;dpeiffer@n-hlaw.com;jsimmerok@n-hlaw.com
              BARRY A. SOLODKY    on behalf of Joint Debtor Holly L Haverkamp bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;dpeiffer@n-hlaw.com;jsimmerok@n-hlaw.com
              FREDERICK L. REIGLE (chap 12)    on behalf of Trustee FREDERICK L. REIGLE (chap 12)
               flreigle@flreiglepc.com
              FREDERICK L. REIGLE (chap 12)    flreigle@flreiglepc.com
              JOSEPH L. HAINES    on behalf of Creditor   Willow Creek Animal Hospital
               jhaines@hainesattorneys.com
              KEVIN H. BURAKS    on behalf of Creditor   Northwestern Lehigh School District
               kburaks@portnoffonline.com
              ROBERT W. PONTZ    on behalf of Creditor   Susquehanna Bank BobP@bcgl-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 11
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Andrew E Haverkamp** | Social Security number or ITIN   **xxx–xx–9636** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Holly L Haverkamp** | Social Security number or ITIN   **xxx–xx–6473** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **11–21358–ref** | |

## Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1228(a) is granted to:

Andrew E Haverkamp                                      Holly L Haverkamp

7/28/16                                                          **By the court:**   Richard E. Fehling
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 12 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 12 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

---

Form 3180F                              **Chapter 12 Discharge**                              page 1

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1222(b)(5) or (b)(9) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 12 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180F              **Chapter 12 Discharge**                              page 2